UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF RICHARD H. HAGGERTY, ET AL.** **PLAINTIFFS**

**V.** **CIVIL ACTION NO.1:07CV915 LTS-RHW**

**ALLSTATE INSURANCE COMPANY, ET AL.** **DEFENDANTS**

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT STEPHEN R. HART'S MOTION FOR SUMMARY JUDGMENT

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [52] of Defendant Stephen R. Hart for summary judgment is **GRANTED IN PART** and **DENIED IN PART**.

The motion is **GRANTED** as to the plaintiffs' claim for negligence in the failure to increase their windstorm policy limits for policy year 2004 - 2005; and

The motion is **DENIED** as to the plaintiffs' claim for negligence in connection with the reduction in their SFIP policy limits for policy year 2003 -2004.

**SO ORDERED** this 7th day of July, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE